IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) MEDLEY MATERIAL HANDLING COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> (1) UNIVERSAL UNDERWRITERS INSURANCE COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) Case No. 13-cv-01172-D ) ) ) Removed from District Court ) of Oklahoma County, ) Case No. CJ-2013-5458 ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Medley Material Handling Company, and the Defendant, Universal Underwriters Insurance Company, hereby stipulate through their respective counsel that this case is dismissed with prejudice to the re-filing thereof, with each party to bear its own costs and attorney fees.

DATED this 5th day of November, 2014.

| | |
|---|---|
| *s/ G. Rudy Hiersche, Jr.* | *s/ Reagan Madison Fort* |
| G. Rudy Hiersche, Jr., OBA No. 4183 | William D. Perrine, OBA No. 11955 |
| Justin T. Hiersche, OBA No. 20724 | Reagan Madison Fort, OBA No. 20761 |
| HIERSCHE LAW FIRM | PERRINE, REDEMANN, BERRY, |
| Hightower Building, Suite 300 | TAYLOR & SLOAN, P.L.L.C. |
| 105 North Hudson | P.O. Box 1710 |
| Oklahoma City, Oklahoma 73102 | Tulsa, Oklahoma 74101 |
| Telephone:   405.235.3123 | Telephone:   918-382-1400 |
| Facsimile:   405.235.3142 | Facsimile:   918-382-1499 |
| rudy@hlfokc.com | wperrine@pmrlaw.net |
| justin@hlfokc.com | rmadison@pmrlaw.net |
| *Attorney for Plaintiff* | *Counsel for Defendant* |